[No. 2756–3.   Division Three.   February 8, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RAFAEL
SABEDRA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 4241, B. J. McLean, J., entered January 13,
1978. *Affirmed* by unpublished opinion per McInturff, J.,
concurred in by Munson and Roe, JJ.

[No. 2746–3.   Division Three.   February 8, 1979.]

DAVID C. GROENIG, ET AL, *Appellants,* v. GEORGE W.
DAVIDSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 230246, Del Cary Smith, Jr., J.,
entered December 28, 1977. *Affirmed* by unpublished opin-
ion per McInturff, J., concurred in by Munson, J., and
Edgerton, J. Pro Tem.

[No. 3133–2.   Division Two.   February 9, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES J.
KEEFER, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 6936, Alan R. Hallowell, J., entered
October 20, 1977. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 5427–1.   Division One.   February 13, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
GOMEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 77876, William C. Goodloe, J., entered October
1, 1976. *Reversed* by unpublished opinion per Callow, C.J.,
concurred in by Farris and Ringold, JJ.